IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **BLUEPRINT IP SOLUTIONS LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**QUBOLE, INC.,**<br><br>Defendant. | Civil Action No. 1:19-cv-00971-LPS<br><br>TRIAL BY JURY DEMANDED |

**UNOPPOSED MOTION TO STAY**
**ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff Blueprint IP Solutions LLC, by and through undersigned counsel and subject to the approval of this Court, hereby files this Unopposed Motion to Stay All Deadlines and Notice of Settlement and, in support thereof, respectfully shows the Court as follows:

All matters in controversy between Plaintiff and Defendant Qubole, Inc. have been settled in principle. The parties are in the process of finalizing the terms of a written settlement agreement. The parties anticipate that they will be able to perform such terms within 45 days. Accordingly, Plaintiff respectfully requests that the Court grant a stay of the proceedings between the parties, including all deadlines up to and including October 14, 2019. Defendant is unopposed to the relief requested herein.

Good cause exists for granting this Unopposed Motion, as set forth above. The motion is not filed for purposes of delay but so that justice may be served.

Dated: August 21, 2019

OF COUNSEL:

Howard L. Wernow (*pro hac vice*)
SAND, SEBOLT & WERNOW CO., LPA
Aegis Tower - Suite 1100
4940 Munson Street, N. W.
Canton, Ohio 44718
Phone: 330-244-1174
Fax: 330-244-1173
howard.wernow@sswip.com

DEVLIN LAW FIRM LLC

*/s/ Timothy Devlin*
Timothy Devlin (No. 4241)
1526 Gilpin Avenue
Wilmington, DE 19806
Phone: (302) 449-9010
Fax: (302) 353-4251
tdevlin@devlinlawfirm.com

*Attorneys for Plaintiff*

SO ORDERED this ____ day of _____, 2019.

_____
Chief, United States District Court Judge

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on August 21, 2019, counsel for Plaintiff conferred with counsel for Defendant about the issues presented here.  Counsel for Defendant indicated that it was not opposed to the relief sought herein.

*/s/ Timothy Devlin*
Timothy Devlin

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 21, 2019, a true and correct copy of the above and foregoing document was served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served via electronic mail.

*/s/ Timothy Devlin*
Timothy Devlin
