# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **BLUEPRINT IP SOLUTIONS LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**QUBOLE, INC.,**<br><br>Defendant. | Civil Action No. 1:19-cv-00971-LPS |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Now comes Plaintiff Blueprint IP Solutions LLC, by and through its counsel, and pursuant to Fed. R. Civ. P. 41 (a)(1), hereby voluntarily dismisses all of the claims asserted against Defendant QUBOLE, INC. in the within action WITH PREJUDICE. QUBOLE, INC. has not served an answer or a motion for summary judgment.

Dated: September 10, 2019

Together with:

Howard L. Wernow
(admitted *pro hac vice*)
SAND, SEBOLT & WERNOW CO., LPA
Aegis Tower - Suite 1100
4940 Munson Street, N. W.
Canton, Ohio 44718
Phone: 330-244-1174
Fax: 330-244-1173
howard.wernow@sswip.com

DEVLIN LAW FIRM, LLC

*/s/ Timothy Devlin*
Timothy Devlin (No. 4241)
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251
tdevlin@devlinlawfirm.com

***Attorneys for Plaintiff***